# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 96-11166

---

J. RINGER CUSTOM HOMES, INC.;
J. RINGER PROPERTIES, INC.,

Plaintiffs-Appellants,

versus

CITY OF DALLAS; A. K. MAGO; MITCHELL
RASANSKY; JONATHAN VINSON; EUGENE THOMAS;
CAROL SCOTT; ROB RICHMOND; ELIZABETH
WAHLQUIST; BEN CLARK, JR.; BETTY WADKINS;
HECTOR GARCIA; LEO CHANEY, JR.; CHARLES
TUPPER, JR.; ED BARGER; JACK CRAYCROFT; and
ED OAKLEY,

Defendants-Appellees.

ROBERT SNYDER; J. RINGER CUSTOM HOMES,
INC.,

Plaintiffs-Appellants,

versus

CITY OF DALLAS; STEVE RUBEALCABA;
MITCHELL RASANSKY; BILL BLAYDES;
OSCAR MONSIBAIS, JR.; CAROL SCOTT;
ROB RICHMOND; DEBRA PEEK HAYNES;
BEN CLARK, JR.; BETTY WADKINS; HECTOR
GARCIA; LEO CHANEY, JR.; CHARLES TUPPER,
JR.; GENE JAMESON; JACK CRAYCROFT; and
ED OAKLEY,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Northern District of Texas

---

(3:95-CV-2806-G)

April 7, 1997

Before POLITZ, Chief Judge, DeMOSS, Circuit Judge, and DOHERTY,[*] District Judge.

PER CURIAM:[**]

J. Ringer Custom Homes, Inc., J. Ringer Properties, Inc., and Robert Snyder appeal an adverse summary judgment in their 42 U.S.C. § 1983 action against the City of Dallas, A.K. Mago, Mitchell Rasansky, Jonathan Vinson, Eugene Thomas, Carol Scott, Rob Richmond, Elizabeth Wahlquist, Ben Clark, Jr., Betty Wadkins, Hector Garcia, Leo Chaney, Jr., Charles Tupper, Jr., Ed Barger, Jack Craycroft, Ed Oakley, Steve Rubealcaba, Bill Blaydes, Oscar Monsibais, Jr., Debra Peek Haynes, and Gene Jameson. After considering the record, briefs, and oral arguments of counsel, we are persuaded that the district court did not err in its entry of judgment. On the basis of the facts detailed, authorities cited, and analysis made by the district

---

[*]District Judge of the Western District of Louisiana, sitting by designation.

[**]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

2

court in its comprehensive Memorandum Order signed on August 14, 1996 and

entered of record on August 15, 1996, we AFFIRM.